| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Kevin Adams | 6/27/1981 | FL | Middle District of Florida | No | Cobb County Water Company (GA0670003) | No | Ulcerative Colitis | 1-9 |
| 2 | Wesley C Alford | 9/11/1985 | KY | Western District of Kentucky | No | Kentucky American Water Co. (KY0340250) | No | Testicular Cancer | 1-9 |
| 3 | Kevin C. Arnold | 1/21/1969 | NJ | District of New Jersey | No | Veolia Water New Jersey - Toms River (NJ1507005) | No | Kidney Cancer | 1-9 |
| 4 | Kristen Marie Arredondo | 3/17/1983 | KY | Western District of Kentucky | No | City of Tucson (AZ0410112) | No | Ulcerative Colitis | 1-9 |
| 5 | Thomas Aumuller | 8/5/1994 | NC | Western District of North Carolina | No | Charlotte Water (NC0160010) | No | Testicular Cancer | 1-9 |
| 6 | Joseph Bader | 5/3/1982 | PA | Eastern District of Pennsylvania | No | Wilmington Water Department (DE0000663) | No | Ulcerative Colitis | 1-9 |
| 7 | Ralph Barrea | 1/27/1959 | NY | Southern District of New York | Yes | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 8 | Tara Barton | 8/18/1984 | GA | Northern District of Georgia | No | Walker County Water Authority (GA2950003) | No | Ulcerative Colitis | 1-9 |
| 9 | Fatih Basaga | 3/12/1993 | MA | District of Massachusetts | No | Methuen Water Department (MA3181000) | No | Testicular Cancer | 1-9 |
| 10 | Crystal Beighley | 1/26/1984 | IA | Northern District of Iowa | No | Dubuque Water Works (IA3126052) | No | Ulcerative Colitis | 1-9 |
| 11 | Robert K. Berger | 2/3/1995 | FL | Middle District of Florida | No | City of Baltimore (MD0300002) | No | Kidney Cancer | 1-9 |
| 12 | Charles Berry | 10/20/1971 | AL | Middle District of Alabama | No | Phenix City Utilities (AL0001142) | No | Testicular Cancer | 1-9 |
| 13 | Angie Blouir | 4/18/1974 | OH | Northern District of Ohio | No | City Of North Richland Hills (TX2200063) | No | Ulcerative Colitis | 1-9 |
| 14 | Jack Bohl | 5/30/1968 | WI | Eastern District of Wisconsin | No | Milwaukee Waterworks (WI2410100) | No | Testicular Cancer | 1-9 |
| 15 | Preston Brooks | 7/30/1982 | GA | Middle District of Georgia | No | Winder (GA0130002) | No | Testicular Cancer | 1-9 |
| 16 | Doug Brown | 3/24/1984 | MO | Eastern District of Missouri | No | Montgomery County Water Services 1 PWS (OH5701315) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 17 | John Chapman | 9/19/1968 | NC | Eastern District of North Carolina | Yes | Fayetteville Public Works Commission (NC0326010) | No | Ulcerative Colitis | 1-9 |
| 18 | Brendan Clancy | 1/28/1971 | MA | District of Massachusetts | No | Norfolk Water Division (MA2208000) | No | Testicular Cancer | 1-9 |
| 19 | Leonard Coalson | 4/18/1972 | AZ | District of Arizona | Yes | East Bay Municipal Utilities District (CA0110005) | No | Ulcerative Colitis | 1-9 |
| 20 | Paul Cohen | 5/15/1942 | NY | Eastern District of New York | No | South Huntington Water District (NY5103263) | No | Kidney Cancer | 1-9 |
| 21 | Armanda Coleman | 4/19/1976 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 22 | Jeremiah Colgrove | 1/23/1978 | OH | Southern District of Ohio | No | Parkersburg Utility Board (WV3305407) | No | Ulcerative Colitis | 1-9 |
| 23 | Juan Cruces-Taucan | 1/29/1963 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Testicular Cancer | 1-9 |
| 24 | Michael Cvetan | 6/26/1978 | IL | Central District of Illinois | No | Bloomington (IL1130200) | No | Kidney Cancer | 1-9 |
| 25 | Ronald Davis | 11/10/1984 | MN | District of Minnesota | No | Fort Riley (KS2006114) | No | Ulcerative Colitis | 1-9 |
| 26 | Sarah De Morais | 5/7/1983 | MA | District of Massachusetts | No | West Springfield DPW Water Division (MA1325000) | No | Ulcerative Colitis | 1-9 |
| 27 | Daniel Deceuster | 12/10/1982 | UT | District of Utah | No | San Jose Water (CA4310011) | No | Testicular Cancer | 1-9 |
| 28 | Robert Deken | 5/25/1971 | NV | District of Nevada | No | Palm Bay, City Of (FL3050442) | No | Testicular Cancer | 1-9 |
| 29 | John Delgado | 1/7/1981 | AZ | District of Arizona | No | Alameda County Water District (CA0110001) | No | Testicular Cancer | 1-9 |
| 30 | Eduardo Diaz | 2/1/1971 | KY | Western District of Kentucky | No | Louisville Water Company (KY0560258) | No | Kidney Cancer | 1-9 |
| 31 | Thomas J Dobrowolski | 2/11/1965 | MA | District of Massachusetts | No | Passaic Valley Water Commission (NJ1605002) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 32 | Michael Dohm | 4/11/1997 | MI | Western District of Michigan | No | Metropolitan Dwid (AZ0410076) | No | Testicular Cancer | 1-9 |
| 33 | Brandon Donaldson | 5/12/1998 | NC | Eastern District of North Carolina | No | Cape Fear Public Utilities Authority - Wilmington | No | Testicular Cancer | 1-9 |
| 34 | Elena H Dudley | 12/20/1981 | MS | Southern District of Mississippi | No | New Jersey American Water - Raritan (NJ2004002) | No | Ulcerative Colitis | 1-9 |
| 35 | Raymond Edwards | 1/29/1970 | TX | Northern District of Texas | No | City of Irving (TX0570050) | No | Ulcerative Colitis | 1-9 |
| 36 | Sarah Emde-Myers | 3/20/1979 | CO | District of Colorado | No | City Of Avondale (AZ0407088) | No | Thyroid Cancer | 1-9 |
| 37 | Aniello Famelico | 1/31/1956 | NC | Eastern District of North Carolina | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 38 | Hatem Fathallah | 7/18/1966 | MN | District of Minnesota | No | Saint Paul Regional Water Services (MN1620026) | No | Kidney Cancer | 1-9 |
| 39 | Patricia Filardi | 2/27/1967 | CA | Central District of California | No | Miami-Dade WSD (FL4130871) | No | Ulcerative Colitis | 1-9 |
| 40 | Christopher Finelli | 4/12/1993 | RI | District of Rhode Island | No | DC Water And Sewer Authority (DC0000002) | No | Ulcerative Colitis | 1-9 |
| 41 | David Floro | 11/29/1960 | CO | District of Colorado | No | City of Winston-Salem (NC0234010) | No | Kidney Cancer | 1-9 |
| 42 | Barbara Fogarty | 10/29/1954 | CA | Eastern District of California | No | Suez Water New Jersey Rahway (NJ2013001) | No | Kidney Cancer | 1-9 |
| 43 | Amanda Templer Fonte | 5/5/1971 | MO | Eastern District of Missouri | No | St. Peters PWS (MO6010719) | No | Ulcerative Colitis | 1-9 |
| 44 | Mark Friedman | 4/22/1986 | IL | Northern District of Illinois | No | Chicago (IL0316000) | No | Testicular Cancer | 1-9 |
| 45 | Edwin Fuller Jr. | 8/14/1945 | MT | District of Montana | No | Veolia Water New York (NY4303673) | No | Ulcerative Colitis | 1-9 |
| 46 | Alan Furman | 3/24/1950 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Mike Galak | 1/7/1954 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 48 | Michael Gebhart | 7/30/1970 | OH | Southern District of Ohio | Yes | Montgomery County Water Services 1 PWS (OH5701315) | No | Kidney Cancer | 1-9 |
| 49 | Luz Gonzalez | 9/9/1953 | TX | Northern District of Texas | No | Dallas Water Utility (TX0570004) | No | Kidney Cancer | 1-9 |
| 50 | Jesse Gorish | 2/18/1983 | NJ | District of New Jersey | No | Deltona Water (FL3640287) | No | Testicular Cancer | 1-9 |
| 51 | Brennon Gould | 2/6/1984 | CT | District of Connecticut | No | Bristol Water Department (CT0170011) | No | Testicular Cancer | 1-9 |
| 52 | Michael Grace | 2/17/1986 | FL | Middle District of Florida | No | El Paso Water Utilities Public Service (TX0710002) | No | Kidney Cancer | 1-9 |
| 53 | Michelle Grippo | 2/4/1964 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 54 | Gary Groobman | 7/18/1969 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Testicular Cancer | 1-9 |
| 55 | Ervin Gurganus | 1/10/1980 | NC | Eastern District of North Carolina | No | City Of Goldsboro (NC0496010) | No | Testicular Cancer | 1-9 |
| 56 | Samuel Hafner | 11/11/1992 | KS | District of Kansas | No | City Of Great Bend (KS2000911) | No | Ulcerative Colitis | 1-9 |
| 57 | Donna Hamrick | 5/28/1952 | SC | District of South Carolina | No | Charleston Water System (SC1010001) | No | Kidney Cancer | 1-9 |
| 58 | Joyce Hamrick | 11/24/1952 | GA | Northern District of Georgia | No | Daphne Utilities Board (AL0000029) | No | Kidney Cancer | 1-9 |
| 59 | Josh Hartley | 1/25/1980 | ID | District of Idaho | No | Edwardsville (IL1190250) | No | Kidney Cancer | 1-9 |
| 60 | Dave Hascall | 8/12/1978 | UT | District of Utah | No | Klamath Falls Water Department (OR4100443) | No | Ulcerative Colitis | 1-9 |
| 61 | Tony Heredia | 9/2/1968 | NM | District of New Mexico | No | Zion (IL0972000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 62 | Tiffany Rochea Hernandez | 5/3/1986 | TX | Western District of Texas | No | City Of Temple (TX0140005) | No | Ulcerative Colitis | 1-9 |
| 63 | Sean M Hunt | 5/22/1991 | OH | Southern District of Ohio | No | City of Copperas Cove (TX0500001) | No | Ulcerative Colitis | 1-9 |
| 64 | Scott Hurst | 3/25/1996 | CA | Central District of California | No | City of Fullerton (CA3010010) | No | Testicular Cancer | 1-9 |
| 65 | John Imburgio | 2/2/1963 | NY | Eastern District of New York | No | New York City System (NY7003493) | No | Kidney Cancer | 1-9 |
| 66 | Lavern Jairam | 4/13/1965 | GA | Northern District of Georgia | No | New York City System (NY7003493) | No | Ulcerative Colitis | 1-9 |
| 67 | Peter Kelly | 5/24/1962 | NY | Eastern District of New York | No | Suffolk County Water Authority (NY5110526) | No | Kidney Cancer | 1-9 |
| 68 | Katherine Kirchhofer | 2/18/2000 | WA | Western District of Washington | No | City Of Lancaster (PA7360058) | No | Ulcerative Colitis | 1-9 |
| 69 | Christina Klipp | 2/8/1955 | GA | Northern District of Georgia | No | Anderson Water Department (IN5248002) | No | Kidney Cancer | 1-9 |
| 70 | Michael Klumpp | 11/29/1981 | NJ | District of New Jersey | No | Veolia Water New Jersey Hackensack (NJ0238001) | No | Kidney Cancer | 1-9 |
| 71 | Jeremy Kotkin | 7/25/1973 | WA | Western District of Washington | No | Montgomery County Water Services 1 PWS (OH5701315) | No | Kidney Cancer | 1-9 |
| 72 | Sean Kramer | 8/4/1982 | FL | Northern District of Florida | No | Methuen Water Department (MA3181000) | No | Kidney Cancer | 1-9 |
| 73 | Ryan A Lewis | 7/4/1981 | WI | Eastern District of Wisconsin | No | Green Bay Waterworks (WI4050356) | No | Ulcerative Colitis | 1-9 |
| 74 | Alyson Majeski | 7/9/1996 | AZ | District of Arizona | No | Town Of Gilbert (AZ0407092) | No | Ulcerative Colitis | 1-9 |
| 75 | Alexander Marks Jr. | 12/24/1941 | AL | Northern District of Alabama | No | Bessemer Water Service (AL0000737) | No | Kidney Cancer | 1-9 |
| 76 | Andrew Marks | 6/7/1986 | NV | District of Nevada | No | Truckee Meadows Water Authority (NV0000190) | No | Testicular Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 77 | Brian McArthur | 5/2/1969 | AZ | District of Arizona | No | Dare Co-Cape Hatteras Water (NC0428025) | No | Testicular Cancer | 1-9 |
| 78 | Nancy Minneci | 9/23/1953 | NJ | District of New Jersey | No | City of Newark Water Department (NJ0714001) | No | Kidney Cancer | 1-9 |
| 79 | Jean Mirambeau | 7/3/1964 | FL | Southern District of Florida | No | City of North Miami (FL4130977) | No | Kidney Cancer | 1-9 |
| 80 | William Mitchell | 5/12/1990 | FL | Middle District of Florida | No | Pinellas County Utilities (FL6521405) | No | Testicular Cancer | 1-9 |
| 81 | Cynthia Moore | 3/24/1960 | NJ | District of New Jersey | No | NJ American Water - Liberty (NJ2004001) | No | Kidney Cancer | 1-9 |
| 82 | Amanda Morales | 6/8/1963 | AZ | District of Arizona | No | Liberty Water LPSCO (AZ0407046) | No | Kidney Cancer | 1-9 |
| 83 | William Moravec | 7/25/1981 | OH | Southern District of Ohio | No | Cincinnati Public Water System (OH3102612) | No | Testicular Cancer | 1-9 |
| 84 | Aimee Morris | 9/4/1972 | AL | Middle District of Alabama | No | Sylacauga Utilities Board (AL0001258) | No | Ulcerative Colitis | 1-9 |
| 85 | Denys Mueller | 4/28/1987 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Testicular Cancer | 1-9 |
| 86 | Charles Conrad Nauck II | 5/29/1986 | FL | Northern District of Florida | No | Clayton County Water Authority (GA0630000) | No | Ulcerative Colitis | 1-9 |
| 87 | Jessica Noonan | 6/29/1978 | MO | Eastern District of Missouri | No | St. Peters PWS (MO6010719) | No | Kidney Cancer | 1-9 |
| 88 | Christopher Parker | 1/11/1987 | VA | Eastern District of Virginia | No | Fairfax County Water (VA6059501) | No | Ulcerative Colitis | 1-9 |
| 89 | James Parker | 6/18/1949 | AL | Southern District of Alabama | No | City Of Alexandria (VA6510010) | No | Testicular Cancer | 1-9 |
| 90 | Javon Parker | 1/29/1946 | FL | Middle District of Florida | No | San Jose Water (CA4310011) | No | Kidney Cancer | 1-9 |
| 91 | Blake Pena | 3/2/1990 | PA | Eastern District of Pennsylvania | No | Aqua Pennsylvania - Main System (PA1460073) | No | Testicular Cancer | 1-9 |
| 92 | Kevin Perry | 10/31/1981 | UT | District of Utah | No | Salt Lake City Water System (UTAH18026) | No | Ulcerative Colitis | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 93 | Jeffrey Petit | 9/22/1989 | GA | Northern District of Georgia | No | City of Woodstock (GA0570003) | No | Testicular Cancer | 1-9 |
| 94 | Selena Phillips-Hutton | 5/17/1976 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 95 | Judith Pierce | 11/28/1946 | NH | District of New Hampshire | No | Manchester Water Works (NH1471010) | No | Kidney Cancer | 1-9 |
| 96 | Timothy Pounders | 9/1/1954 | OH | Southern District of Ohio | No | City Of North Richland Hills (TX2200063) | No | Kidney Cancer | 1-9 |
| 97 | Danny O. Pressley | 5/8/1947 | NC | Middle District of North Carolina | No | City of Greensboro (NC0241010) | No | Testicular Cancer | 1-9 |
| 98 | Brett W Prothman | 1/19/1990 | CO | District of Colorado | No | City of Aurora (CO0103005) | No | Testicular Cancer | 1-9 |
| 99 | Brittany Quesada | 12/2/1985 | OR | District of Oregon | No | Sharyland Wsc (TX1080033) | No | Kidney Cancer | 1-9 |
| 100 | Michelle Reed | 11/28/1966 | CA | Eastern District of California | No | City of Fresno (CA1010007) | No | Kidney Cancer | 1-9 |
| 101 | Steve Reed | 4/14/1960 | KS | District of Kansas | No | Elkhart Public Works & Utilities (IN5220008) | No | Testicular Cancer | 1-9 |
| 102 | Kevin Rejko | 3/12/1983 | IN | Southern District of Indiana | No | Clearwater Water System (FL6520336) | No | Testicular Cancer | 1-9 |
| 103 | Constance Riemer | 6/30/1950 | PA | Middle District of Pennsylvania | No | Passaic Valley Water Commission (NJ1605002) | No | Kidney Cancer | 1-9 |
| 104 | Christopher Rimoldi | 9/13/1989 | OH | Northern District of Ohio | No | Arlington County (VA6013010) | No | Testicular Cancer | 1-9 |
| 105 | Thomas Rizzo | 3/26/1958 | IL | Northern District of Illinois | No | Chicago (IL0316000) | No | Kidney Cancer | 1-9 |
| 106 | Paul Roberts | 8/17/1985 | FL | Middle District of Florida | No | Hernando County Utilities - West (FL6277059) | No | Ulcerative Colitis | 1-9 |
| 107 | Cheryl Rogowski | 11/1/1956 | IL | Northern District of Illinois | No | Crest Hill (IL1970250) | No | Ulcerative Colitis | 1-9 |
| 108 | Gabriele Romanucci | 6/21/1966 | IL | Northern District of Illinois | No | Chicago (IL0316000) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 109 | Stephen Ross | 5/15/1985 | PA | Western District of Pennsylvania | No | New Jersey American Water - Raritan (NJ2004002) | No | Ulcerative Colitis | 1-9 |
| 110 | Laughn Patrick Rowe | 7/9/1967 | CO | District of Colorado | No | Ontario Municipal Utilities Company (CA3610034) | No | Kidney Cancer | 1-9 |
| 111 | Arlin Ruby | 12/19/1947 | AL | Northern District of Alabama | No | Huntsville Utilities (AL0000882) | No | Testicular Cancer | 1-9 |
| 112 | Connor Russell | 10/25/1995 | MA | District of Massachusetts | No | Norton Water Department (MA4218000) | No | Ulcerative Colitis | 1-9 |
| 113 | Joshua Russell | 4/5/1991 | TX | Northern District of Texas | No | City of Irving (TX0570050) | No | Ulcerative Colitis | 1-9 |
| 114 | Deo Narine Samaroo | 11/22/1958 | FL | Middle District of Florida | No | New York City System (NY7003493) | No | Testicular Cancer | 1-9 |
| 115 | Nellie Sausedo | 6/21/1995 | CA | Central District of California | No | Suburban Water Systems - Sativa (CA1910147) | No | Ulcerative Colitis | 1-9 |
| 116 | Howard Schwartz | 7/3/1946 | FL | Southern District of Florida | No | City of Fort Lauderdale (FL4060486) | No | Kidney Cancer | 1-9 |
| 117 | Alfonso Seaman | 1/23/1956 | CA | Southern District of California | No | Sweetwater Authority (CA3710025) | No | Kidney Cancer | 1-9 |
| 118 | Billy Shankle | 6/25/1953 | MS | Northern District of Mississippi | No | City Of Tyler (TX2120004) | No | Liver Cancer | 1-9 |
| 119 | Doreen Skalski | 7/7/1958 | IL | Northern District of Illinois | No | Village Of Wheeling (IL0314970) | No | Kidney Cancer | 1-9 |
| 120 | Mart Spain | 1/1/1949 | NC | Eastern District of North Carolina | No | Ayden Town Of (NC0474025) | No | Kidney Cancer | 1-9 |
| 121 | Joy St. John | 3/28/1956 | CA | Eastern District of California | No | Sacramento Suburban Water District (CA3410001) | No | Kidney Cancer | 1-9 |
| 122 | James Stringer | 4/6/1948 | TX | Western District of Texas | No | City Of Austin Water And Wastewater (TX2270001) | No | Kidney Cancer | 1-9 |
| 123 | Rachel Tallale | 10/18/1996 | FL | Southern District of Florida | No | Miami-Dade WSD (FL4130871) | No | Ulcerative Colitis | 1-9 |
| 124 | Jessie Taylor | 9/12/1951 | IL | Central District of Illinois | No | Illinois American-Peoria (IL1435030) | No | Kidney Cancer | 1-9 |

| | Plaintiff Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 125 | Louis Thomas | 6/16/1945 | TN | Middle District of Tennessee | No | Murfreesboro Water Department (TN0000491) | No | Kidney Cancer | 1-9 |
| 126 | Jennifer K Thompson | 2/19/1970 | AL | Northern District of Alabama | No | City Of Florence (AL0000783) | No | Kidney Cancer | 1-9 |
| 127 | Nathan Thompson | 4/29/1975 | OK | Northern District of Oklahoma | No | Stillwater Water Plant (OK1021220) | No | Kidney Cancer | 1-9 |
| 128 | Hernan Vargas | 3/17/1988 | CA | Central District of California | No | City of Santa Ana (CA3010038) | No | Testicular Cancer | 1-9 |
| 129 | Christina Venable | 3/11/1980 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Ulcerative Colitis | 1-9 |
| 130 | Kyle Von Haden | 8/14/1984 | TX | Western District of Texas | No | Redmond Water System (WA5371650) | No | Testicular Cancer | 1-9 |
| 131 | Cheryl Waggoner | 5/10/1957 | IA | Southern District of Iowa | No | Iowa-American Water Co-Davenport (IA8222001) | No | Kidney Cancer | 1-9 |
| 132 | Michelle Washington | 12/17/1969 | AL | Southern District of Alabama | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |
| 133 | Anthony White | 7/4/1988 | WI | Western District of Wisconsin | No | Newport (MN1820014) | No | Ulcerative Colitis | 1-9 |
| 134 | Duane White | 7/5/1964 | NC | Western District of North Carolina | No | New Jersey American Water - Raritan (NJ2004002) | No | Kidney Cancer | 1-9 |
| 135 | Jessica Whitehead | 12/23/1980 | FL | Middle District of Florida | No | West Springfield DPW Water Division (MA1325000) | No | Ulcerative Colitis | 1-9 |
| 136 | Eugene W Wiedenbeck | 12/1/1964 | FL | Northern District of Florida | No | Emerald Coast Utilities Authority (FL1170525) | No | Kidney Cancer | 1-9 |
| 137 | Betty Williams | 9/2/1968 | MD | District of Maryland | No | City of Baltimore (MD0300002) | No | Ulcerative Colitis | 1-9 |
| 138 | Frederick Williams | 8/30/1960 | UT | District of Utah | No | Charlotte Water (NC0160010) | No | Kidney Cancer | 1-9 |
| 139 | Juanita Williams | 10/7/1958 | AL | Southern District of Alabama | No | New Orleans Carrollton Water Works (LA1071009) | No | Kidney Cancer | 1-9 |